IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMETRIUS JORDAN,              )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:15cv491-MHT
                               )            (WO)
WARDEN KARLA JONES,            )
et al.,                        )
                               )
    Defendants.                )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 27) is granted and that this cause is dismissed in its entirety without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

This case is closed.

DONE, this the 7th day of December, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE